SWANN *v.* ADAMS, SECRETARY OF STATE OF FLORIDA, ET AL.

No. 297.   Decided June 22, 1964.

*Wm. Reece Smith, Jr.* for appellant.

*Richard W. Ervin,* Attorney General of Florida, *C. Graham Carothers,* Special Assistant Attorney General, and *Edward S. Jaffry* and *Joseph C. Jacobs,* Assistant Attorneys General, for appellees.

PER CURIAM.

The judgment below is reversed. *Reynolds* v. *Sims,* 377 U. S. 533. The case is remanded for further proceedings consistent with the views stated in our opinions in *Reynolds* v. *Sims* and in the other cases relating to state legislative apportionment decided along with *Reynolds.*

MR. JUSTICE CLARK would reverse on the grounds stated in his opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 587.

MR. JUSTICE STEWART would remand for further proceedings consistent with the views expressed in his dissenting opinion in *Lucas* v. *Forty-Fourth General Assembly of Colorado,* 377 U. S. 713, 744.

MR. JUSTICE HARLAN dissents for the reasons stated in his dissenting opinion in *Reynolds* v. *Sims,* 377 U. S. 533, 589.